# EXHIBIT A

Case 3:18-cv-00355-DB   Document 1-1   Filed 11/19/18   Page 2 of 11

El Paso County - 327th District Court

Filed 10/15/2018 9:13 AM
Norma Favela Barceleau
District Clerk
El Paso County
2018DCV3840

IN THE _____ JUDICIAL DISTRICT COURT
COUNTY COURT AT LAW NUMBER _____
EL PASO COUNTY, TEXAS

| | |
|---|---|
| MARY YUENGEL, | § |
| | § |
| PLAINTIFF, | § |
| | § |
| VS. | § CAUSE NO.: _____ |
| | § |
| G4S SECURE SOLUTIONS (USA) INC., | § |
| | § |
| DEFENDANT. | § |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, MARY YUENGEL, PLAINTIFF, by and through her attorney of record, John P. Valdez of Davie & Valdez, P.C., and files Plaintiff's Original Complaint, and for cause of action would show the Court as follows:

### DISCOVERY CONTROL PLAN

1. Discovery will be conducted under Level III of Rule §190.4 of the TEXAS RULES OF CIVIL PROCEDURE.

## PARTIES TO THIS ACTION

2. Plaintiff is an individual that resides in El Paso County, Texas.

3. Defendant G4S Secure Solutions (USA) Inc., is a Florida corporation doing regular and systematic business in the State of Texas. Said defendant may be served with process by serving its registered agent: Prentice Hall Corp. System at 211 E. 7th Street, Suite 620, Austin, Texas 78701.

## JURISDICTION AND VENUE

4. Venue is proper in El Paso County, Texas because the incident made the subject matter of this lawsuit occurred in El Paso County, Texas.

## FACTS

5. Plaintiff began working for Defendant on or around January of 2016 as a security officer. Plaintiff is a 57 year-old female. At all relevant times, Defendant was a subscriber of the Texas Workers' Compensation system and was a covered employer under Chapter 21 of the Texas Labor Code.

6. Plaintiff suffered an on-the-job injury while working for Defendant and reported the injury to Defendant. As a result of the injury Plaintiff sought workers' compensation benefits in the form of medical treatment, which she received. Plaintiff was released with restrictions. As a result of the on-the-job injury, Defendant began to treat Plaintiff differently and exhibited a

negative attitude toward her. In addition, Arliss Rhodes, Plaintiff's supervisor, told Plaintiff that he was in trouble with his superiors because of Plaintiff's workers' compensation claim.

7.     On or around November 22, 2016, Plaintiff's co-worker Officer Dwayne Grey, who is a younger male, was to take Plaintiff's place at the end of her shift. Plaintiff could smell alcohol on Officer Grey, so she reported this to her supervisor, Arlis Rhodes, the next day.

8.     On December 15, 2016, Arlis Rhodes arrived at the Chase Tower at 201 East Main Drive in El Paso, Texas to speak with Plaintiff about Officer Dwayne Grey. Plaintiff was presented with a write up stating that she did not report Officer Grey soon enough. Plaintiff refused to sign the write up. No know reprimand or disciplinary action was given to Officer Dwayne Grey.

9.     Plaintiff was terminated on December 29, 2016. After her termination, Plaintiff's position was filled by a male that is younger than her.

## CAUSE OF ACTION

9.     Plaintiff brings this lawsuit against Defendant for age, sex, and disability discrimination and retaliation under Chapter 21 of the Texas Labor Code and Tex. Lab. Code §451. More than 180 days prior to the filing of this lawsuit Plaintiff timely filed a complaint with the Texas Workforce Commission, Civil Rights Division. All conditions precedent to the filing of this lawsuit have been met.

## EQUITABLE RELIEF

10.    Plaintiff further seeks equitable relief in that Defendant be enjoined from engaging in unlawful practices and continuing other unlawful practices in the future.

## DAMAGES

11. As a result of the wrongful termination of Plaintiff as described above, Plaintiff has suffered and continues to suffer from the following:

    a. Lost wages and loss of wage earning capacity, past and future;

    b. Mental anguish, past and future; and

    c. Other damages.

12. The actions of Defendant were of the type and kind that should result in an award of punitive damages against Defendant.

13. Plaintiff is entitled to an award of attorney fees.

14. Claimant seeks monetary relief over $200,000.00, but not more than $1,000,000 and the damages sought are within the jurisdictional limits of this court.

## JURY REQUEST

15. Plaintiff requests a Trial by Jury on all issues as set forth herein.

## REQUESTS FOR DISCLOSURE

16. Pursuant to TEXAS RULES OF CIVIL PROCEDURE, you are requested to disclose the information set out within §194.2, subsections (A) through (L) within 51 days of service of this Complaint.

## PRAYER

17. **WHEREFORE, PREMISES CONSIDERED, Plaintiff** respectfully requests that Defendant be cited to appear and answer and that on final trial judgment be entered against Defendant for all relief requested as follows:

    a.    Judgment against Defendant for actual damages in an amount that is within the jurisdictional limits of this Court.

    b.    Pre and post-judgment interest, as described by law, until paid;

    c.    Costs of suit;

    d.    Attorney fees;

    e.    Punitive damages; and

    f.    Such other and further relief, general and special, at law or at equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

DAVIE & VALDEZ P.C.
1801 N. Stanton
El Paso, Texas 79902
(915) 838-1100

By: *John P. Valdez*

JOHN P. VALDEZ
State Bar No. 24047021
john@davievaldez.com

```
                                   U.S. POSTAGE PAID
                                   FCM LETTER
                                   EL PASO, TX
                                   79925
                                   OCT 22, 18
                                   AMOUNT
                                   $6.91
    1000        78702              R2304E106546-01
```

CERTIFIED MAIL

7016 0910 0000 8589 0716

G4S Secure Solutions (USA) Inc.
Attn: Prentice Hall Corp. System
2211 E. 7th Street, Suite 620
Austin, Texas 78702

RETURN RECEIPT REQUESTED

At Your Service Process Service
1921 Stoneway Dr.
El Paso, Texas 79925

Case 3:18-cv-00355-DB  Document 1-1  Filed 11/19/18  Page 9 of 11

El Paso County - 327th District Court

Filed 10/15/2018 9:13 AM
Norma Favela Barceleau
District Clerk
El Paso County
2018DCV3840

# CIVIL CASE INFORMATION SHEET

**CAUSE NUMBER** *(FOR CLERK USE ONLY)*: _____  **COURT** *(FOR CLERK USE ONLY)*: _____

**STYLED** Mary Yuengel v. G4S Secure Solutions (USA) Inc.
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

Name: John P. Valdez
Email: john@davievaldez.com
Address: 1801 N. Stanton
Telephone: 915-838-1100
City/State/Zip: El Paso, Texas 79902
Fax:
Signature: *John P. Valdez*
State Bar No: 24047021

**Names of parties in case:**
Plaintiff(s)/Petitioner(s): Mary Yuengel
Defendant(s)/Respondent(s): G4S Secure Solutions (USA) Inc.

[Attach additional page as necessary to list all parties]

**Person or entity completing sheet is:**
☐ Attorney for Plaintiff/Petitioner
☐ Pro Se Plaintiff/Petitioner
☐ Title IV-D Agency
☐ Other: _____

Additional Parties in Child Support Case:
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract — Debt/Contract**
☐ Consumer/DTPA
☐ Debt/Contract
☐ Fraud/Misrepresentation
☐ Other Debt/Contract: _____

*Foreclosure*
☐ Home Equity—Expedited
☐ Other Foreclosure
☐ Franchise
☐ Insurance
☐ Landlord/Tenant
☐ Non-Competition
☐ Partnership
☐ Other Contract: _____

**Injury or Damage**
☐ Assault/Battery
☐ Construction
☐ Defamation
*Malpractice*
☐ Accounting
☐ Legal
☐ Medical
☐ Other Professional Liability:
☐ Motor Vehicle Accident
☐ Premises
*Product Liability*
☐ Asbestos/Silica
☐ Other Product Liability
List Product: _____
☐ Other Injury or Damage:

**Real Property**
☐ Eminent Domain/Condemnation
☐ Partition
☐ Quiet Title
☐ Trespass to Try Title
☐ Other Property:

**Related to Criminal Matters**
☐ Expunction
☐ Judgment Nisi
☐ Non-Disclosure
☐ Seizure/Forfeiture
☐ Writ of Habeas Corpus—Pre-indictment
☐ Other: _____

### Family Law

**Marriage Relationship**
☐ Annulment
☐ Declare Marriage Void
*Divorce*
☐ With Children
☐ No Children

**Other Family Law**
☐ Enforce Foreign Judgment
☐ Habeas Corpus
☐ Name Change
☐ Protective Order
☐ Removal of Disabilities of Minority
☐ Other:

**Post-judgment Actions (non-Title IV-D)**
☐ Enforcement
☐ Modification—Custody
☐ Modification—Other

**Title IV-D**
☐ Enforcement/Modification
☐ Paternity
☐ Reciprocals (UIFSA)
☐ Support Order

**Parent-Child Relationship**
☐ Adoption/Adoption with Termination
☐ Child Protection
☐ Child Support
☐ Custody or Visitation
☐ Gestational Parenting
☐ Grandparent Access
☐ Parentage/Paternity
☐ Termination of Parental Rights
☐ Other Parent-Child:

**Employment**
☐ Discrimination
☒ Retaliation
☐ Termination
☐ Workers' Compensation
☐ Other Employment:

**Other Civil**
☐ Administrative Appeal
☐ Antitrust/Unfair Competition
☐ Code Violations
☐ Foreign Judgment
☐ Intellectual Property
☐ Lawyer Discipline
☐ Perpetuate Testimony
☐ Securities/Stock
☐ Tortious Interference
☐ Other: _____

**Tax**
☐ Tax Appraisal
☐ Tax Delinquency
☐ Other Tax

### Probate & Mental Health

*Probate/Wills/Intestate Administration*
☐ Dependent Administration
☐ Independent Administration
☐ Other Estate Proceedings

☐ Guardianship—Adult
☐ Guardianship—Minor
☐ Mental Health
☐ Other: _____

## 3. Indicate procedure or remedy, if applicable (may select more than 1):

☐ Appeal from Municipal or Justice Court
☐ Arbitration-related
☐ Attachment
☐ Bill of Review
☐ Certiorari
☐ Class Action
☐ Declaratory Judgment
☐ Garnishment
☐ Interpleader
☐ License
☐ Mandamus
☐ Post-judgment
☐ Prejudgment Remedy
☐ Protective Order
☐ Receiver
☐ Sequestration
☐ Temporary Restraining Order/Injunction
☐ Turnover

## 4. Indicate damages sought (do not select if it is a family law case):

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☒ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

Rev 2/13

## THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: **G4S Secure Solutions (USA) Inc.**, who may be served with process by serving its registered agent, Prentice Hall Corp. System at, 2211 E. 7th Street, Suite 620, Austin, TX 78701

Greetings:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **327th Judicial District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the **15th day of October, 2018**, by Attorney at Law, JOHN P. VALDEZ, 1801 N. STANTON, EL PASO, TX 79902 in this case numbered **2018DCV3840** on the docket of said court, and styled:

**Mary Yuengel**
**vs**
**G4S Secure Solutions (USA) Inc.**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 18th day of October, 2018.

Attest: NORMA FAVELA BARCELEAU, District Clerk, El Paso County, Texas.

CLERK OF THE COURT
**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

By _____, Deputy
Stephanie V. Aguilar

ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

CERTIFICATE OF DELIVERY BY MAIL
I hereby certify that on the _22ND_ day of _OCTOBER_, 2018, at _5:00PM_ I mailed to G4S SECURE SOLUTIONS (USA) INC. BY DELIVERING TO ITS REGISTERED AGENT, PRENTICE HALL CORP. SYSTEM defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the Plaintiff's Original Petition attached thereto.

_____ SCH# 2253, EXP. 8/31/19
PROCESS SERVER FOR AT YOUR SERVICE PROCESS SERVER
TITLE

*NAME OF PREPARER: JOE PAYAN    TITLE: PROCESS SERVER
ADDRESS: 10221 STONEWAY DR.
CITY: EL PASO   STATE: TEXAS   ZIP: 79925

## RETURN OF SERVICE

Delivery was completed on _____, delivered to_____
_____ as evidence by Domestic Return Receipt PS Form 3811 attached hereto.

    The described documents were not delivered to the named recipient. The certified mail envelope was returned undelivered marked _____.

    This forwarding address was provided:_____

El Paso County, Texas

By:_____
Deputy District Clerk

OR

_____
Name of Authorized Person

By:_____

## VERIFICATION BY AUTHORIZED PERSON

State of Texas

County of El Paso

    Before me, a notary public, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and correct."

Subscribed and sworn to be on this _____ day of _____, _____.

_____
Notary Public, State of _____
My commission expires:_____